# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DALE G. WILLS,<br>CDCR #J-16405,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>JAMES TILTON, et al.,<br><br>　　　　　　　　　　Defendants. | Civil No.　08-1413 JLS (BLM)<br><br>**ORDER DISMISSING ACTION**<br><br>**[Doc. No. 23]** |

**I.**

**PROCEDURAL HISTORY**

On September 22, 2008, Plaintiff, an inmate currently incarcerated at the California Substance Abuse Treatment Facility located in Corcoran, California and proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No. 2]. In addition, Plaintiff filed a "Motion for Order to Show Cause Re: Appointment of Expert Witnesses," Motion for Tele-Video Hearing and Motions for Preliminary Injunction and Temporary Restraining Order. [Doc. Nos. 3, 5, 6, 17 and 18].

/ / /

The Court granted Plaintiff's Motion to Proceed *IFP* on September 29, 2008 [Doc. No. 10]. On November 26, 2008, this matter was reassigned to District Judge Janis L. Sammartino for all further proceedings [Doc. No. 13]. The Court denied Plaintiff's Motions for Preliminary Injunction, Temporary Restraining Order, Appointment of Experts and Tele-Video Hearing. (*See* Feb. 3, 2009 Order at 8-9.) In addition, the Court sua sponte dismissed Plaintiff's Complaint for failing to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A. (*Id.*) Plaintiff then filed a Motion for Reconsideration of the Court's Order [Doc. No. 23]. On March 20, 2009, the Court denied Plaintiff's Motion for Reconsideration and provided him a sua sponte extension of time to file a First Amended Complaint in accordance with the Court's February 2, 2009 Order.

On March 23, 2009, Plaintiff filed a "Notice Regarding Submitted Matter" [Doc. No. 25]. In this document Plaintiff states that he "hereby elects to stand on his complaint as such is currently pleaded." (*See* Pl.'s Notice at 1.) The Court construes this as notice that Plaintiff does not intend to file an Amended Complaint as directed in the Court's February 3, 2009 Order.

## II.

### CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **DISMISSED** without prejudice for all the reasons stated in the Court's previous Orders and for failing to comply with the Court's February 3, 2009 Order. The Clerk of Court shall enter judgment and close the file.

**IT IS SO ORDERED.**

DATED: March 30, 2009

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge